IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL WHITE | : | CIVIL ACTION |
| v. | : | |
| DONALD VAUGHN, et al. | : | NO. 94-6598 |

## ORDER

**AND NOW**, this 7th day of February, 2018, upon consideration of Petitioner Michael White's "Independent Action for Relief from Order Denying Section 2254 Habeas Corpus or, alternatively, for relief under Rule 60 F.R.Civ.P." (Docket No. 28), and all documents filed in connection therewith, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that Petitioner's Motion is **DISMISSED IN PART** and **DENIED IN PART**.

BY THE COURT:

/s/ John R. Padova, J.

John R. Padova, J.