IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL WHITE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DONALD VAUGHN, et al. | : | NO. 94-6598 |

## ORDER

**AND NOW**, this 6th day of September, 2022, upon consideration of Petitioner Michael White's counseled Amended "Motion for Relief from Final Judgment Pursuant to Fed. R. Civ. P. 60(b)(6)" (Docket No. 50), and all documents filed in connection therewith, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that this Court will schedule a hearing at which the parties may present evidence and argument in connection with Petitioner's Motion.

BY THE COURT:

/s/ John R. Padova, J.

_____
John R. Padova, J.